Case 5:20-cv-00399-SB-KK Document 89 Filed 10/07/20 Page ID #:1831

JS-6

FILED
CLERK, U.S. DISTRICT COURT
October 7, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INSTANT BRANDS, INC. dba DOUBLE INSIGHT, a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DSV SOLUTIONS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 5:20-cv-00399-SB (KKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This court has read and considered the Stipulation of Dismissal with Prejudice (the "Stipulation") between plaintiff Instant Brands, Inc. dba Double Insight and defendant DSV Solutions, Inc. The Court approves the Stipulation and orders that: (1) all claims and counterclaims in this action are dismissed with prejudice; and (2) each party is to bear its own costs and attorney's fees.

The Court retains jurisdiction to enforce the parties' settlement agreement and resolve disputes about the enforcement or breach of the settlement agreement.

Dated: October 7, 2020



_____
Stanley Blumenfeld, Jr.
United States District Judge